# Court of Appeals
# of the State of Georgia

ATLANTA, March 21, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1210.   THE HOUSING AUTHORITY OF DEKALB COUNTY, GEORGIA v. PAMMIE L. HARRIS.**

Pammie L. Harris sued the Housing Authority of DeKalb County for wrongfully terminating her participation in a housing voucher program. The trial court entered default judgment in favor of Harris. The housing authority moved to set aside the judgment under OCGA § 9-11-60 (d) for lack of personal jurisdiction, but the trial court denied the motion. The housing authority then filed this direct appeal. An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d), however, must be taken by application for discretionary appeal. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). The housing authority's failure to follow the proper appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/21/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*